[No. 7324.]

HORONS V. TYNAN, WARDEN OF THE PENITENTIARY.

Case determined upon the authority of the last preceding case, Chemgas v. Tynan.

ORIGINAL PETITION FOR WRIT OF HABEAS CORPUS.

Messrs. TAPP & DEWEESE and Mr. ISHAM R. HOWZE for petitioner.

Hon. JOHN T. BARNETT, attorney general, HON. BENJAMIN GRIFFITH, attorney general, Mr. A. A. LEE and Mr. GEORGE H. THORNE, for respondent.

Mr. JUSTICE GARRIGUES delivered the opinion of the court.

For the reasons given in the case entitled, "In the Matter of the Application of John Chemgas for a Writ of Habeas Corpus. Thomas J. Tynan, Warden of the Colorado State Penitentiary, Respondent," No. 7272, decided at this term of the court, the petition will be denied.

*Petition denied.*

Decision *en banc.*